UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SLADE, *individually and as the representative of a class of similarly situated persons*,

                           Plaintiff,

            -v -

APTDECO, INC.,

                           Defendant.

23-CV-7463 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This action was filed on August 23, 2023. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

    Plaintiff is directed to advise the Court in writing why she has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made. If no written communication is received by December 26, 2023, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

    SO ORDERED.

Dated: December 19, 2023
       New York, New York

                                                    J. PAUL OETKEN
                                              United States District Judge